UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER,         Petitioner,    v. MIKE E. KNOWLES, WARDEN,         Respondent. | No. EDCV 08-1771 MMM (AJW) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: October 30, 2009

_____
Margaret M. Morrow
United States District Judge