JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 08-1771-MMM(AJW) |
| | ) |
| v. | ) |
| | ) |
| MIKE E. KNOWLES, Warden, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 30, 2009

_____
Margaret M. Morrow
United States District Judge